JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 S FIRST STREET #613
SAN JOSE, CA 95113
(408)292-1040

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CONEJO,<br><br>       Plaintiff,<br><br>  vs.<br><br>BHUPINDER SINGH dba LA BELLA ITALIA INN AND RESTAURANT, and<br><br>DOES 1-10<br><br>       Defendants | Case No: 07-CV-03917 EMC<br><br>CONSENT TO APPEAR BEFORE A MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

COMPLAINT - 1

1   October 30th 2007

3   Respectfully Submitted

5   ____s/jdb_____

6   James Dal Bon