```
JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 S FIRST STREET #613
SAN JOSE, CA 95113
(408)292-1040
```

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CONEJO,<br><br>      Plaintiff,<br><br>  vs.<br><br>BHUPINDER SINGH dba LA BELLA<br><br>ITALIA INN AND RESTAURANT, and<br><br>DOES 1-10<br><br>      Defendants | Case No: 07-CV-03917 EMC<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ADR CERTIFICATION; [PROPOSED] ORDER<br><br>Date: November 7, 2007<br>Time: 1:30PM p.m.<br>Courtroom:<br>Honorable Magistrate Judge Edward M. Chen |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

The parties to the above-referenced action jointly submit this Case Management Statement and Mediation Certification.

DESCRIPTION OF THE CASE

1. Jurisdiction and Service:

The Plaintiff claims United States District Court has jurisdiction under the Fair Labor and Standards Act. All parties have been served.

2. <u>Facts</u>:

This is a simple wage and hour case. The plaintiff claims he worked for Defenants in a variety of capacities including bus boy and dishwasher. The plaintiff asserts he worked over eight hours in one day and forty hours in one week and was not paid overtime. Defendants assert they paid all overtime.

3. <u>Legal Issues</u>:

Whether Defendant is subject to liability under the FLSA; whether Plaintiff was an exempt employee under state and federal overtime law.

4. <u>Motions</u>:

Defendant and Plaintiff anticipate filing a summary judgment motion on all issues following limited discovery.

5. <u>Amendment of Pleadings</u>:

Plaintiff anticipates no further amendments to the complaint unless he discovers new parties to the case.

6. <u>Evidence Preservation</u>:

Plaintiff has preserved and will give Defendants copies of his evidence. He will make copies and give defendants copies of any evidence in the file excluding copies of evidence withheld for impeachment purposes.

7. <u>Disclosures</u>:

Parties have agreed to exchange disclosures in thirty days.

8. <u>Discovery</u>:

Thirty five special interrogatories per party; Unlimited requests for Admissions and Production of Documents. Parties limited to eight non expert depositions at ten hours a piece (eight hour limitation imposed by local rules raised to ten because some depositions may require an interpreter).

9. <u>Class Actions</u>: None we are aware of.

10. <u>Related Cases</u>: None we are aware of.

11. <u>Relief</u>:  Plaintiff is asking for lost overtime wages under state and federal law;

12. <u>Settlement and ADR</u>:  Both parties consent to mediation.

13. <u>Consent to Magistrate Judge For All Purposes</u>:  Plaintiff and Defendant consent to a magistrate judge.

14. <u>Other References</u>: None requested

15. <u>Narrowing of Issues</u>: Summary Judgment will narrow issues.

16. <u>Expedited Schedule</u>:  None Requested

17. <u>Scheduling</u>:  See below

18. <u>Trial</u>:  Both sides request a jury trial

19. <u>Disclosure of Non-party Interested Entities or Persons</u>:  Non that Plaintiff is aware of.

## ALTERNATIVE DISPUTE RESOLUTION

Parties met and conferred and will submit a stipulation selecting mediation (ADR L.R. 6) as an ADR process with this statement.

## DISCLOSURES

Disclosures will be exchanged in thirty days.

## DISCOVERY

Close of all discovery by May 31, 2008.  Exchange of expert witnesses June 31, 2008, Deposition of expert witnesses July 31, 2008.  Last Day for dispositive motions August 27, 2008.

## TRIAL SCHEDULE

Five day trial sometime in September 2008

Respectfully submitted,
Dal Bon & Wang

Dated: _____

James Dal Bon
Attorney for Plaintiff

Respectfully submitted,

BERGER LAW OFFICES

Dated: _____

JEFFREY A. BERGER

BERGER LAW OFFICES
Attorney for Defendants

CASE MANAGEMENT ORDER

The case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: _____

Honorable Edward M. Chen

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ADR CERTIFICATION; [PROPOSED] ORDER
4