Respectfully submitted,
Dal Bon & Wang

Dated:

James Dal Bon
Attorney for Plaintiff

Respectfully submitted,

BERGER LAW OFFICES

Dated: 10 - 31 - 07

JEFFREY A. BERGER

BERGER LAW OFFICES
Attorney for Defendants

CASE MANAGEMENT ORDER

The case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated:

Honorable Edward M. Chen

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ADR CERTIFICATION; [PROPOSED] ORDER