# FAX
## COVER SHEET

**BERGER LAW OFFICES**
22 BATTERY STREET, SUITE 610
SAN FRANCISCO, CA 94111
MAILING ADDRESS:
P.O. Box 611388
SAN JOSE, CA 95101-1388

TEL. (408) 254-4429
FAX (800) 414-0017
E-MAIL: JAB@JABLAWOFFICES.COM

| | |
|---|---|
| TO: Ms. Betty Fong<br>Courtroom Deputy to Magistrate Judge Edward M. Chen<br><br>RE: Juan Conejo v. Singh<br>Case No. C07-3917 EMC<br><br>Fax No.: (415) 522-3605 | Total pages, including cover: 2<br><br><br><br><br><br>Date: November 1, 2007 |

**COMMENTS:**

Dear Ms. Fong:

Attached hereto is the Consent to Appear Before A Magistrate Judge that I have signed on behalf of the sole defendant, Bhupinder Singh. I will be filing an answer well before next week's CMC on November 7th. I have a previously scheduled vacation to Florida at that time and would like to know if it is possible at this point to appear telephonically on the 7th? I can be contacted via telephone, fax or e-mail as noted above.

Thank you.

*Jeffrey A. Berger*

cc: Opposing Counsel

IT IS SO ORDER that both parties may appear by phone. Court will initial calls on 11/7/07 at 1:30 p.m.

By_____
   Edward M. Chen, U.S. Magistrate Judge
Dated: November 1, 2007

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

**CONFIDENTIALITY NOTICE**
THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS PROTECTED BY THE WORK PRODUCT AND/OR ATTORNEY-CLIENT PRIVILEGES. IT IS INTENDED FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY FACSIMILE. IF THE PERSON RECEIVING THIS IS NOT THE NAMED RECIPIENT OR THE RESPONSIBLE AGENT OR EMPLOYEE THEREOF, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE POSTAL SERVICE. THANK-YOU.