In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

## CIVIL MINUTES

E-FILING

**Date:** November 7, 2007

**Case No:** C07-3917 EMC                                **FTR Time:** 1:59-2:08 p.m.

**Case Name:** Juan Conejo v. Bhupinder Singh, et al.

**Attorneys:** James Dal Bon for Plaintiff
Jeffrey Berger for Defendants (408) 254-4429

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held

**ORDERED AFTER HEARING:**

5-day court trial set for 9/22/08.  This case was referred to the Alternative Dispute Resolution Program for mediation to be completed within 90 days.  Defendant informed court that answer to the complaint will be filed by 11/13/07.  Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 02/13/08 at 2:30 p.m. for Status Conference.  Joint Status Conference Statement shall be filed by 2/6/08.

**cc:** EMC / ADR