**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9  Juan Conejo,
                                            No. CV07-03917 EMC
10          Plaintiff,

                                            **CASE MANAGEMENT AND PRETRIAL**
11      v.                                  **ORDER FOR JURY TRIAL**

12  Bhupinder Singh,
    *doing business as*
13  La Bella Italia Inn and Restaurant, and DOES
    1-10,
14

15          Defendants.

16  _____/

17

18          Following the Case Management Conference held on **11/07/2007,** IT IS HEREBY

19  ORDERED THAT:

20          A further case management conference is set for **02/13/2008 at 2:30 p.m.** before Magistrate

21  Judge Chen in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San

22  Francisco, California.  Updated joint case management conference statement is due **02/06/2008.**

23          Pursuant to Fed.R.Civ.P. 16, IT IS FURTHER ORDERED THAT the following case

24  management and pretrial order is entered:

25  1.      TRIAL DATE

26          a.      Jury trial will begin on **9/22/2008 at 8:30 a.m.** in **Courtroom D**, 15th Floor, 450

27  Golden Gate, San Francisco, CA 94102.

28

                        CASE MANAGEMENT & PRETRIAL ORDER FOR JURY TRIAL

United States District Court

For the Northern District of California

1        b.        The length of the trial will be not more than **five (5)  days**.  Court hours for trial are

2    8:30 a.m. to 1:30 p.m.  Wednesdays are reserved for law and motion and other matters.

3    2.        DISCOVERY

4        a.        All non-expert discovery shall be completed by **5/5/2008.**

5        b.        Prior to completion of mediation, the parties may propound reasonable, limited

6    requests for documents and interrogatories to prepare for the mediation.  The parties may, if

7    necessary, take up to one (1) deposition each prior to mediation.  Should this case not settle at the

8    mediation, further discovery shall be permitted.  Each party will then be permitted to take up to 8

9    depositions (including those already completed).

10        c.        Experts shall be disclosed and reports provided by plaintiff and defendant by

11    **5/5/2008.**

12        d.        Rebuttal experts shall be disclosed and reports provided by **5/19/2008.**

13        e.        All discovery from experts shall be completed by **6/2/2008.**

14        f.        Pursuant to Civil L.R. 37-1(b), telephone conferences are available to resolve

15    disputes during a discovery event, such as a deposition, where the resolution during the event likely

16    would result in substantial savings of expense or time.

17    3.        MOTIONS

18        The last day for **hearing** dispositive motions shall be **7/2/2008.**  Dispositive motions  shall be

19    served and filed no later than thirty-five (35) days prior to the scheduled hearing date.  Any

20    opposition shall be served and filed no later than twenty-one (21) days prior to the hearing date.

21    Any reply to the opposition shall be served and filed no later than fourteen (14) days prior to the

22    date of the hearing.

23    4.        ALTERNATIVE DISPUTE RESOLUTION/SETTLEMENT CONFERENCE

24        This case is referred to the Alternative Dispute Resolution Program for mediation.  ADR is

25    to be completed **within 90 days**.

26    5.        PRETRIAL CONFERENCE

27        a.        A pretrial conference shall be held on **9/10/2008 at 3:00 p.m.** in Courtroom C, 15th

28    Floor.  Lead counsel who will try the case (or the party if *pro se*) must attend.  The timing of

**United States District Court**
For the Northern District of California

1 │ disclosures required by Federal Rule of Civil Procedure 26(a)(3) and other pretrial disclosures shall

2 │ be governed by this order.

3 │       b.    **8/12/2008**, thirty (30) days prior to the date of the pretrial conference, lead counsel

4 │ shall meet and confer regarding:

5 │           (1)    Preparation and content of the joint pretrial conference statement;

6 │           (2)    Preparation and exchange of pretrial materials to be served and lodged

7 │                 pursuant to paragraph 5(c) below; and

8 │           (3)    Settlement of the action.

9 │       c.    **8/22/2008**, twenty (20) days prior to the pretrial conference, counsel and/or parties

10 │ shall:

11 │           (1)    Serve and file a joint pretrial statement that includes the pretrial disclosures

12 │                 required by Federal Rule of Civil Procedure 26(a)(3) as well as the following

13 │                 supplemental information:

14 │               (a)    *The Action.*

15 │                     (i)    <u>Substance of the Action.</u>  A brief description of the substance

16 │                           of claims and defenses which remain to be decided.

17 │                     (ii)    <u>Relief Prayed.</u>  A detailed statement of all the relief claims,

18 │                           particularly itemizing all elements of damages claimed as well

19 │                           as  witnesses, documents or other evidentiary material to be

20 │                           presented concerning the amount of those damages.

21 │               (b)    *The Factual Basis of the Action.*

22 │                     (i)    <u>Undisputed Facts.</u>  A plain and concise statement of all

23 │                           relevant facts not reasonably disputable, as well as which facts

24 │                           parties will stipulate for incorporation into the trial record

25 │                           without the necessity of supporting testimony or exhibits.

26 │                     (ii)    <u>Disputed Factual Issues.</u>  A plain and concise statement of all

27 │                           disputed factual issues which remain to be decided.

28 │

**United States District Court**

For the Northern District of California

1    (iii)    <u>Agreed Statement.</u>  A statement assessing whether all or part of

2    the action may be presented upon an agreed statement of facts.

3    (iv)    <u>Stipulations.</u>  A statement of stipulations requested or proposed

4    for pretrial or trial purposes.

5    (c)    *Disputed Legal Issues.*

6    Without extended legal argument, a concise statement of each

7    disputed point of law concerning liability or relief, citing

8    supporting statues and decisions.

9    (d)    *Trial Preparation.*

10    (i)    <u>Witnesses to Be Called.</u>  With regard to witnesses disclosed

11    pursuant to Federal Civil Rule of Civil Procedure 26(a)(3)(A),

12    a brief statement describing the substance of the testimony to

13    be given.

14    (ii)    <u>Estimate of Trial Time.</u>  An estimate of the number of hours

15    needed for the presentation of each party's case, indicating

16    possible reductions in time through proposed stipulations,

17    agreed statements of facts, or expedited means of presenting

18    testimony and exhibits.

19    (iii)    <u>Use of Discovery Responses.</u>  Designate excerpts from

20    discovery that the parties intend to present at trial, other than

21    solely for impeachment or rebuttal, from depositions

22    specifying the witness page and line references, from

23    interrogatory answers, or from responses to requests for

24    admission.

25    (e)    *Trial Alternatives and Options.*

26    (i)    <u>Settlement Discussion.</u>  A statement summarizing the status of

27    settlement negotiations and indicating whether further

28    negotiations are likely to be productive.

CASE MANAGEMENT & PRETRIAL ORDER FOR JURY TRIAL

4

United States District Court

For the Northern District of California

(ii)    Amendments, Dismissals.  A statement of requested or

proposed amendments to pleadings or dismissals of parties,

claims or defenses.

(f)    *Miscellaneous.*

Any other subjects relevant to the trial of the action or material to its

just, speedy and inexpensive determination.

(2)    Serve and file trial briefs, motions in limine (including any motion regarding

the qualifications or testimony or any expert witness), proposed voir dire

questions, jury instructions, verdict forms and excerpts from discovery that

will be offered at trial (include a copy of the deposition testimony or

admission).  The parties shall submit proposed jury instructions jointly.  If

there are any instructions on which the parties cannot agree, those instructions

may be submitted separately;

(3)    Serve and file an exhibit setting forth the qualifications and experience for

each expert witness;

(4)    Serve and file a list of each party's exhibits by number (plaintiff) or letter

(defendant), including a brief statement describing the substance and purpose

of each exhibit and the mane of the sponsoring witness;

(5)    Exchange exhibits which shall be premarked (plaintiff shall use umbers;

defendant shall use letters) and tabbed; and

(6)    Deliver two sets of all premarked exhibits to chambers (exhibits are not to be

filed).

No party shall be permitted to call any witness or offer any exhibit in its case in chief that is

not disclosed in its pretrial statement without leave of the Court and for good cause.

d.    **9/1/2008,** ten (10) days  prior to the pretrial conference, after meeting and conferring

in a good faith attempt to resolve any objections, counsel and/or parties shall serve and file: (1) any

objections to exhibits or to use of deposition excerpts or other discovery; (2) any objections to

witnesses, including the qualifications of an expert witness; (3) any objection to proposed voir dire

**United States District Court**
For the Northern District of California

1  questions, jury instructions and verdict forms that the parties have been unable in good faith to

2  resolve; (4) any opposition to a motion in limine.  No replies shall be filed.

3        e.        All motions in limine and objections shall be heard at the pretrial conference.

4  6.    JURY TRIAL

5        a.        The attached voir dire questionnaire  (or similar) shall be given or presented to the

6  venire members to be answered orally in Court.  Counsel shall submit an agreed upon set of

7  additional voir dire questions to be posed by the Court.  Any voir dire questions on which counsel

8  cannot agree may be submitted separately.  Counsel shall be allowed brief follow-up voir dire after

9  the Court's questioning.

10       b.        The following jury instructions from the Manual of Model Civil Jury Instructions for

11 the Ninth Circuit (1997 Edition) shall be given absent objection:  1.01 - 1.12, 2.01 - 2.02, 3.01 -

12 3.03, 3.05 - 3.08.  Counsel shall submit jointly an agreed upon set of case specific instructions, using

13 the Ninth Circuit Manual where appropriate.  Do not submit duplicates of those listed above.  Any

14 instructions on which counsel cannot agree may be submitted separately.  Each requested instruction

15 shall be typed in full on a separate page with citations to the authority upon which it is based and a

16 reference to the party submitting it.  A second blind copy of each instruction and verdict form shall

17 also be submitted omitting the citation to authority and the reference to the submitting party.

18 7.    All documents filed with the Clerk of the Court shall list the civil case number followed by

19 the initials "EMC".  One copy shall be clearly marked as a chambers copy.  Chambers' copies shall

20 be three-hole punched at the left side, suitable for insertion into standard binders.  In additions, all

21 proposed jury instructions, motions in limine, forms of verdict and trial briefs shall be accompanied

22 by diskette containing a copy of the document in Word Processing format.

23

24 Dated:  November 8, 2007

25

26 _____
   EDWARD M. CHEN
   United States Magistrate Judge

27

28

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **JUROR QUESTIONNAIRE**

Please stand and recite the information listed below.

1.    Name

2.    City of Residence

3.    Occupational Status

4.    Organizations

5.    Hobbies

6.    Marital Status

7.    Spouse's Occupation

8.    Children, Ages

9.    If Juror on Another Case

10.    If Ever a Grand Juror

11.    If Ever in Military

CASE MANAGEMENT & PRETRIAL ORDER FOR JURY TRIAL