# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Conejo,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Singh,<br><br>                    Defendant(s). | 07-03917 EMC MED<br><br>**Notice of Appointment of Mediator & Co-Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator and Co-Mediator assigned to this case are:

**Daniel Bowling**-Mediator
US District Court - ADR Unit
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102
Daniel_Bowling@cand.uscourts.gov

**Barbara Cray–**Co-Mediator
Law Offices of Barbara Cray
303 Twin Dolphin Dr., 6th Fl.
Redwood Shores, CA 94065
650-654-2729

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediators will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediators to charge each party its pro rata share of the cost of the

**Notice of Appointment of Mediator & Co-Mediator**
07-03917 EMC MED                                       - 1 -

1 phone conference.

2     Counsel are reminded that the written mediation statements required by the ADR
3 L.R. 6-7 shall NOT be filed with the court.

5 Dated: November 21, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator & Co-Mediator**
07-03917 EMC MED                     - 2 -