ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

January 28, 2008

James Dal Bon
The Law Offices of James Dal Bon
28 North 1st Street
Suite 210
San Jose, CA 95113
408-297-4729

Jeffrey Alan Berger
Berger Law Offices
22 Battery Streeet
Suite 610
San Francisco, CA 94111
415-254-4429

Re:   Conejo v. Singh
      Case No. C 07-03917 EMC MED

Dear Counsel:

   The ADR Program would like to convene a conference call with an ADR Program Staff Attorney, to discuss the Mediation. We have scheduled this for **Wednesday, February 6, 2008 at 10:00 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

   Thank you for your attention to this matter.

                                    Sincerely,

                                    Alice M. Fiel
                                    ADR Case Administrator