**United States District Court**
For the Northern District of California

1
2
3
4
5
6                   UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8
9   Juan Conejo,                                No. CV07-03917 EMC
10              Plaintiff,                       **CLERK'S NOTICE**
11          v.
12  Bhupinder Singh,
13  *doing business as*
    La Bella Italia Inn and Restaurant, and DOES
14  1-10,
15              Defendants.
16  _____/
17
18  TO ALL PARTIES AND COUNSEL OF RECORD:
19          YOU ARE NOTIFIED THAT the Status Conference set for February 13, 2008 at 2:30 p.m. is
20  reset for **February 13, 2008 at 3:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C,
21  15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.
22
23  Dated:  February 8, 2008
24                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
25
26
27                                          by: _____
                                                Betty Fong
28                                              Courtroom Deputy