JEFFREY A. BERGER   SBN 104227
BERGER LAW OFFICES
22 Battery Street, Suite 610
San Francisco, CA 94111
Mailing Address:
P.O. Box 611388
San Jose, CA  95101-1388
Tel. (408) 254-4429
Fax (800) 414-0017
e-mail: jab@jablawoffices.com

Attorney for Defendant
BHUPINDER SINGH dba LA BELLA
ITALIA INN AND RESTAURANT

JAMES DAL BON
LAW OFFICES OF JAMES DAL BON
28 N. First Street, Suite 210
San Jose, CA 95113
Tel. (408) 297-4729
Fax (408) 297-4728
e-mail: jdblaw@earthlink.net

Attorney for Plaintiff
JUAN CONEJO

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CONEJO,<br><br>    Plaintiff,<br><br>  vs.<br><br>BHUPINDER SINGH dba LA BELLA ITALIA INN AND RESTAURANT,<br><br>    Defendant | Case No: 07-CV-03917 EMC<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT ; ORDER |

1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(f) and Civil L.R. 16-9(a), the parties submit this Joint Case Management Statement with respect to the Case Management Conference set for February 13, 2008 and request that the Court adopt it as the Case Management Order.

This matter was originally set for mediation to have been completed by February 5, 2008. The medication was not able to be completed by this date because of a miscommunication in that telephone calls and correspondence for the pre-mediation scheduling conference that were intended for the undersigned counsel for Defendant were not received at the San Jose number and address listed on the Defendant's initial filing in this case nor was it otherwise received via e-mail notification.

While counsel for the Defendant had been registered with PACER before this action was filed, he is communicating now with the Court's electronic filing help line to ascertain and correct the problems with receiving electronic communication in this matter. All parties and the mediators either have been, or are currently being, appropriately provided with the telephone and fax numbers and mailing address for the Defendant's counsel in San Jose.

Counsel for both sides to this action participated in a telephone conference call with this Court's ADR Department and advised of the communication issue referenced above and have tentatively agreed (subject to the availability of the mediators) to three dates in the next 10 days to conduct the pre-mediation telephone conference. Moreover, the parties have agreed to have mediation completed by April 2, 2008.

It is therefore respectfully requested that the Court order that the current Case Management Conference be continued to April 2, 2008 and that it further order that mediation is to have been completed by that date.

//

Respectfully submitted.

Dated: February 6, 2008                BERGER LAW OFFICES

by: _____
Jeffrey A. Berger, Attorney for Defendant
BHUPINDER SINGH dba LA BELLA ITALIA
INN AND RESTAURANT

Dated: February 6, 2008                LAW OFFICES OF JAMES DAL BON

by: _____
James Dal Bon, Attorney for Plaintiff
JUAN CONEJO

IT IS SO ORDERED that the Status Conf. is reset from 2/13/08 to 4/23/08 at 2:30 p.m. A Joint Status Conference Statement shall be filed by 4/16/08.

_____
Edward M. Chen
U.S. Magistrate

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

JOINT CASE MANAGEMENT CONFERENCE STATEMENT     3