# UNITED STATES DISTRICT COURT

## Northern District of California

Conejo,

      Plaintiff(s),

  v.

Singh,

      Defendant(s).

No. C 07-03917 EMC MED

Certification of ADR Session

**Instructions:** The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _March 31, 2008_

2. Did the case settle? ☐ fully ☐ partially ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) _to be determined_

4. IS THIS ADR PROCESS COMPLETED? ☐ YES ☒ NO

Dated: _April 15, 2008_

Mediator, Daniel Bowling
US District Court - ADR Unit
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102

Dated: _4/17/08_

Co-Mediator, Barbara Cray
Law Offices of Barbara Cray
303 Twin Dolphin Dr., 6th Fl.
Redwood Shores, CA 94065

450 GOLDEN GATE AVENUE • SAN FRANCISCO, CA 94102 • Tel: (415) 522-2199 • Fax: (415) 522-4112
www.adr.cand.uscourts.gov