NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Telephone: (408) 292-1040

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CONEJO<br><br>Plaintiff,<br><br>BHUPINDER SINGH DBA LA BELLA ITALIA INN AND RESTAURANT<br>Defendant. | CASE NUMBER<br><br>C07 03917 (EMC)<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ADDITION TO LOCAL RULES; ORDER OF THE CHIEF JUDGE

in the within action by personally delivering true copies thereof to the person served as follows:

|  |  |
|---|---|
| Served | : BHUPINDER SINGH DBA LA BELLA ITALIA INN AND RESTAURANT, ET AL. |
| By Serving | : Bhupinder Singh |
| Address | : ( Business )   LA BELLA ITALIA INN AND RESTAURANT<br>15015 E. 14th Street<br>San Leandro, Ca 94579 |
| Date of Service | : September 20, 2007 |
| Time of Service | : 12:51PM |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 20, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1027

Signature: _____
TERRY GRAAP