NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Telephone: (408) 292-1040

Attorney for: Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CONEJO<br><br>Plaintiff,<br><br>BHUPINDER SINGH DBA LA BELLA ITALIA INN AND RESTAURANT, ET AL.<br><br>Defendant. | CASE NUMBER<br><br>C07 03917 EMC<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CASE MANAGEMENT CONFERENCE ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DEMAND FOR JURY TRIAL; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; DISTRICT COURT GUIDELINES

in the within action by personally delivering true copies thereof to the person served as follows:

Served : BHUPINDER SINGH DBA LA BELLA ITALIA INN AND RESTAURANT

By Serving : Bhupinder Singh

Address : ( Business ) LA BELLA ITALIA INN AND RESTAURANT
15015 East 14th Street
San Leandro, Ca 94578

Date of Service : September 4, 2007

Time of Service : 2:34PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 4, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1027

Signature _/s/ Terry Graap_
TERRY GRAAP