AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JUAN CONEJO

V.

BHUPINDER SINGH dba LA BELLA ITALIA INN AND RESTAURANT, and DOES 1-10

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C07 03917 EMC**

TO:

BHUPINDER SINGH dba LA BELLA ITALIA INN AND RESTAURANT, and DOES 1-10

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

James Dal Bon Dal Bon & Wang
12 South First Street, Suite 613
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-292-1045

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Richard W. Wieking_
CLERK

_Gordana Macic_
(BY) DEPUTY CLERK

JUL 31 2007
DATE

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Telephone: (408) 292-1040

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CONEJO<br><br>Plaintiff,<br><br>BHUPINDER SINGH DBA LA BELLA ITALIA INN AND RESTAURANT, ET AL.<br><br>Defendant. | CASE NUMBER<br><br>C07 03917 EMC<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CASE MANAGEMENT CONFERENCE ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DEMAND FOR JURY TRIAL; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; DISTRICT COURT GUIDELINES

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : BHUPINDER SINGH DBA LA BELLA ITALIA INN AND RESTAURANT

By Serving        : Bhupinder Singh

Address           : ( Business ) LA BELLA ITALIA INN AND RESTAURANT
                    15015 East 14th Street
                    San Leandro, Ca 94578

Date of Service   : September 4, 2007

Time of Service   : 2:34PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 4, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1027

Signature _____
TERRY GRAAP

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

JAMES DAL BON, ESQ.
DAL BON & WANG
12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Telephone: (408) 292-1040

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUAN CONEJO | CASE NUMBER |
|---|---|
| Plaintiff, | C07 03917 (EMC) |
| BHUPINDER SINGH DBA LA BELLA ITALIA INN AND RESTAURANT Defendant. | **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ADDITION TO LOCAL RULES; ORDER OF THE CHIEF JUDGE

in the within action by personally delivering true copies thereof to the person served as follows:

Served : BHUPINDER SINGH DBA LA BELLA ITALIA INN AND RESTAURANT, ET AL.

By Serving : Bhupinder Singh

Address : ( Business )   LA BELLA ITALIA INN AND RESTAURANT
15015 E. 14th Street
San Leandro, Ca 94579

Date of Service : September 20, 2007

Time of Service : 12:51PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: September 20, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1027

Signature: _____
TERRY GRAAP