JAMES DAL BON # 157942
Law Offices of James Dal Bon
28 North First Street, Suite 210
San Jose, CA 95113
Tel. (408)297-4729
Fax (408)297-4728
jdblaw@earthlink.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| JUAN CONEJO | Case No.: 07-CV-03917 EMC |
| Plaintiff, | REQUEST FOR ENTRY OF DEFAULT |
| vs. | |
| BHUPINDER SINGH dba LA BELLA ITALIA INN AND RESTAURANT, & DOES 1 - 10, | FRPC 55(a) |
| Defendants | |

Requesting Party: JUAN CONEJO hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant BHUPINDER SINGH dba LA BELLA ITALIA INN AND RESTAURANT on the ground that said defendant has failed to respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff filed the complaint on July 31, 2007. The clerk entered the complaint on August 3, 2007. The Plaintiff served the complaint on the Defendant on September 4, 2007 and September 20, 2007 as evidenced by the Proofs of Service attached to this Request and marked Plaintiff's Ex 1 and Plaintiff's Ex 2. Defendant has not filed an answer as of the date of this request.

The above stated facts are set forth in the accompanying declaration by James Dal Bon

\\\
\\\

1

Case No.: C07-03917 EMC

**REQUEST FOR ENTRY OF DEFAULT**

1 attorney for the plaintiff.

2

3

4 April 21, 2008

5

6

7 _____s/jdb_____

8 James Dal Bon

9 Attorney for Plaintiff

2

Case No.: C07-03917 EMC

**REQUEST FOR ENTRY OF DEFAULT**