JAMES DAL BON # 157942
Law Offices of James Dal Bon
28 North First Street, Suite 210
San Jose, CA 95113
Tel. (408)297-4729
Fax (408)297-4728
jdblaw@earthlink.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| JUAN CONEJO | Case No.: 07-CV-03917 EMC |
|---|---|
| Plaintiff, vs. | DECLARATION OF JAMES DAL BON IN SUPPORT OF DEFAULT |
| BHUPINDER SINGH dba LA BELLA ITALIA INN AND RESTAURANT, & DOES 1 - 10, | |
| Defendants | FRPC 55(a) |

I, James Dal Bon, declare under penalty that the following is true and correct under penalty of perjury by the laws of the State of California:

1) I filed the complaint for Plaintiff on July 31, 2007.

2) The proofs of service attached and marked as Exhibit 1 and Exhibit 2 are true and correct copies of the proofs of service of the complaint on the Defendant.

3) To the date of this request, I have not received answer from either the Defendant or his attorney of record.

April 21, 2008

_____s/jdb_____

1

Case No.: C07-03917

**DECLARATION**