JAMES DAL BON
LAW OFFICES OF JAMES DAL BON
28 N. First Street, Suite 210
San Jose, CA 95113
Tel. (408) 297-4729
Fax (408) 297-4728
e-mail: jdblaw@earthlink.net

Attorney for Plaintiff
JUAN CONEJO

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CONEJO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BHUPINDER SINGH dba LA BELLA ITALIA INN AND RESTAURANT,<br><br>　　　　　Defendant | Case No: 07-CV-03917 EMC<br><br>PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 26(f) and Civil L.R. 16-9(a), Plaintiff submits submit the Plaintiff's Case Management Statement with respect to the Case Management Conference set for April 23, 2008.

Statement of the Case

The defendant never answered the complaint. The complaint was filed on July 31, 2007. The Defense attorney attended a CMC on November 7. 2007 and promised to have the Answer filed by November 13, 2008. Defendant did not answer the complaint. The Defendants did attend a mediation on March 31, 2007. The case did not settle. Written discovery has been served

1
PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT

on the defendants. The answers are overdue. In the last two weeks Defense counsel promised to contact the Plaintiff's counsel telephonically concerning discovery and the CMC. Plaintiff's counsel has not received a return call. Finally plaintiff's counsel filed for default.

1.   Jurisdiction and Service

The basis for the Court's subject matter jurisdiction over the claims of Plaintiffs is the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., as alleged in the Complaint. There are no existing issues regarding personal jurisdiction or venue. There are no parties that remain to be served.

2.   Facts

This is a simple wage and hour case. The plaintiff worked unpaid overtime. The defendant claims that he paid Plaintiff for all his hours.

The principal issues in dispute regarding Plaintiffs' claims are:

1.   Whether the court will grant default because the defendant failed to answer.

3.   Legal Issues

Plaintiffs assert the following:

1.   Whether the Defendant is in default.

2.   That Defendants failed to pay overtime pay in violation of California Labor Code §§ 501 and 1194 as well as in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. This includes also includes "off the clock" wages for preliminary and postliminary work which increase the number of hours worked, compensable wages, and overtime amounts.;

3.  That Defendants failed to pay Plaintiffs their wages upon termination in violation of California Labor Code § 201 which subject them to waiting time penalties under Labor Code § 203.

4.  That Defendants must pay liquidated damages to Plaintiffs under the FLSA;

### Motions

The plaintiff anticipate the filing of the following motions:

(a)  Default, if default fails Motion to Compel Discovery, Plaintiff's Summary Judgment Motion;

5.  <u>Amendment of Pleadings</u>

 No amendments are anticipated at this time.

6.  <u>Evidence Preservation</u>

If default fails Plaintiff will file a motion to compel.

7.  <u>Disclosures</u>

8.  <u>Discovery</u>

Already set by the court.

9.  <u>Related Cases</u>

There are no related cases or proceedings pending before another Judge of this Court or before another Court or administrative body.

10. <u>Relief</u>

3
PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT

At this point, Plaintiff does not have sufficient record to estimate the damages.

11. <u>Settlement and ADR</u>

Mediation was finished on March 31, 2008

12. <u>Consent To Magistrate Judge For All Purposes</u>

Already consented.

13. <u>Other References</u>

None

14. <u>Narrowing Of Issues</u>

Plaintiff does not expect the parties to be able to narrow the issues.

15. <u>Expedited Schedule</u>

The parties do not believe that this is the type of case that can be handled on an expedited basis with streamlined procedures.

16. <u>Trial</u>

Already set by the court.

17. <u>Disclosure of Non-Party Interested Entities or Persons</u>

Plaintiff has no one to disclose other than parties themselves.

4
PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT

18.   <u>Other Matters</u>

None.

Dated: April 21, 2008                               LAW OFFICES OF JAMES DAL BON

                                                    by, _____
                                                        James Dal Bon, Attorney for Plaintiff
                                                        JUAN CONEJO

5
PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT