**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** April 23, 2008

**Case No:** C07-3917 EMC                    **FTR Time:**    2:36-2:44 p.m.

**Case Name:**  Juan Conejo v. Bhupinder Singh, et al.

   **Attorneys:**   James Dal Bon for Plaintiff
              Jeffrey Berger for Defendants

   **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

   STATUS CONFERENCE - Held

**ORDERED AFTER HEARING:**

Defense counsel informed court that defendants might file for bankruptcy next week.  Counsel shall update court accordingly.   Otherwise, defendants shall file answer and/or stipulation to set aside default.   Further Telephonic Status Conference set for 5/28/08 at 2:30 p.m.  Court will initiate conference call.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ]  Court

**Case continued to:** 5/28/08 at 2:30 p.m. for Telephonic Status Conference.   Joint Status Conference Statement shall be filed by 5/21/08.

**cc: EMC**