**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 23, 2008

RE:  CV 07-03917 EMC          JUAN CONEJO-v- BHUPINDER SINGH, ET AL

Default is entered as to defendant Bhupinder Singh dba La Bella Italia Inn and Restaurant on April 23, 2008.

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

NDC TR-4  Rev. 3/89