**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** May 28, 2008

**Case No:** C07-3917 EMC                                **FTR Time:**   2:34-2:43 p.m.

**Case Name:**  Juan Conejo v. Bhupinder Singh, et al.

    **Attorneys:**   James Dal Bon for Plaintiff
                        Jeffrey Berger for Defendants

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

    STATUS CONFERENCE - Held Telephonically

**ORDERED AFTER HEARING:**

Plaintiff counsel to contact plaintiff re latest settlement offer.   Further Telephonic Status Conference set for 6/25/08 at 2:30 p.m.  Court will initiate conference call.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ]  Court

**Case continued to:** 6/25/08 at 2:30 p.m. for Telephonic Status Conference.   Joint Status Conference Statement shall be filed by 6/18/08.

cc: EMC