**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Conejo, | No. CV07-03917 EMC |
|     Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| Bhupinder Singh, *doing business as* La Bella Italia Inn and Restaurant, and DOES 1-10, | |
|     Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Status Conference set for July 16, 2008 at 2:30 p.m. is reset for **August 13, 2008 at 2:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Conference is due August 6, 2008.

Dated: July 9, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Betty Fong
    Courtroom Deputy