**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Conejo, | No. CV07-03917 EMC |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| Bhupinder Singh, *doing business as* La Bella Italia Inn and Restaurant, and DOES 1-10, | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Status Conference set for August 13, 2008 at 2:30 p.m. is reset for **August 20, 2008 at 2:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Conference is due August 13, 2008.

Dated: August 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy