1  JAMES DAL BON
   CA BAR #157942
   LAW OFFICES OF JAMES DAL BON
2  28 NORTH 1ST SUITE 210
   SAN JOSE, CA 95113
3  TEL (408)297-4729
   FAX (408)297-4728
4
   ATTORNEY FOR PLAINTIFFS
5

6
                    UNITED STATES DISTRICT COURT
7
                              FOR THE
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10                                              )  Case No:
                                                )
11                                              )  VOLUNTARY DISMISSAL RULE OF
                                                )  FEDERAL CIVIL PROCEDURE
12                                              )  41(a)(1)(ii)
                                                )
13                                              )
                                                )
14                                              )
              Plaintiffs,                       )
15                                              )
     vs.                                        )
16                                              )
                                                )
17                                              )
                                                )
18                                              )
              Defendants,
19

20
   1)    The parties having entered into a settlement agreement on                    ,
21
   hereby stipulated to dismiss their case  under Federal Rule of Civil Procedure 41(a)(1)(ii).
22

23

24

25


                              Voluntary Dismissal - 1

1  Dated:

2

3

4  _____

5  James Dal Bon for the Plaintiff

6  Law Offices of James Dal Bon

7

8

9  Dated:

10

11

12

13  _____

14

15

16

17

18

19

20

21

22

23

24

25

Voluntary Dismissal - 2