JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408)297-4729
FAX (408)297-4728

ATTORNEY FOR PLAINTIFFS


UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


|  |  |
|---|---|
| ) | Case No: |
| ) | |
| ) | VOLUNTARY DISMISSAL RULE OF |
| ) | FEDERAL CIVIL PROCEDURE |
| ) | 41(a)(1)(ii) ; ORDER |
| ) | |
| ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendants, | |

1)    The parties having entered into a settlement agreement on                    ,

hereby stipulated to dismiss their case  under Federal Rule of Civil Procedure 41(a)(1)(ii).

Voluntary Dismissal - 1

Dated:

_____

James Dal Bon for the Plaintiff

Law Offices of James Dal Bon

Dated:

